# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02260-RBJ-KMT

A JUST CAUSE, a non-profit organization,

    Plaintiff,

v.

DARLENE M. MARTINEZ,

    Defendant.

## ORDER

Upon the United States' Notice of Substitution of the United States for defendant Darlene M. Martinez, and it appearing to the Court that the Complaint alleges a common law tort action against Ms. Martinez arising out of actions taken within the scope of her employment as a federal employee of the United States; it is

ORDERED that pursuant to 28 U.S.C. § 2679(d)(l), as amended, the United States shall be and hereby is substituted as the sole defendant herein with respect to plaintiff's common law tort action, and it is further

ORDERED that the Complaint shall be and hereby is dismissed with

prejudice as to the defendant Darlene M. Martinez to the extent she has been sued for common law torts, and it is further

ORDERED that the caption of plaintiff's Complaint shall read as follows:

A JUST CAUSE, a non-profit organization,

   Plaintiff,

v.

UNITED STATES OF AMERICA, and
DARLENE M. MARTINEZ,

   Defendants.


DATED this 26th day of August, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
UNITED STATES DISTRICT COURT JUDGE